LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

BRANDON D. SHERR
BSHERR@ZELLERLEGAL.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2024
```

Application GRANTED. SO ORDERED.
Dated: June 18, 2024

June 17, 2024

*Via ECF*

Hon. Stewart D. Aaron, United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 PEARL ST
NEW YORK, NY  10007-1316

Re: *Sherr v. Board of Elections in the City of New York*, 23 CV 8693 (JLR) (SDA)

Dear Judge Aaron,

    The undersigned is counsel to the plaintiff in the above-referenced matter. With consent of opposing counsel, I respectfully request a one-week extension to June 24, 2024, to submit the parties' proposed collective action notice. I apologize to the Court for the late request and I thank the Court for its time and consideration.

Respectfully submitted,

Justin A. Zeller