LAW OFFICE OF

## JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

BRANDON D. SHERR
BSHERR@ZELLERLEGAL.COM

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 6/25/2024

Application GRANTED. SO ORDERED.
Dated: June 25, 2024

*[signature]*

June 24, 2024

*Via ECF*

Hon. Stewart D. Aaron, United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

Re: *Sherr v. Board of Elections in the City of New York*, 23 CV 8693 (JLR) (SDA)

Your Honor,

This firm represents the plaintiff in the above-referenced action. The plaintiffs move, with the defendants' consent, to extend the time to file the joint letter pursuant to the Court's May 16, 2024, order from today to July 12, 2024. There has been one such prior motion, granted by the Court.

The parties have exchanged multiple rounds of drafts and are working diligently to submit a proposed conditional certification notice. Due to scheduling conflicts and to avoid unnecessarily taking the Court's time with another motion, the parties request a lengthier extension, until July 12, 2024.

I thank the Court for its time and consideration.

Respectfully submitted,

Justin A. Zeller
