USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brandon D. Sherr,

                Plaintiff,

-against-

Board of Elections in the City of New York,

                Defendant.

1:23-cv-08693 (JLR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than seven days after the completion of mediation (*see* Mediation Referral Order, ECF No. 54), the parties shall submit a joint status letter advising the Court of the outcome of the mediation. If mediation has not been completed by January 31, 2025, the parties shall file a joint letter on that date regarding the status of this action.

**SO ORDERED.**

Dated:    New York, New York
            September 26, 2024

_____
STEWART D. AARON
United States Magistrate Judge