USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brandon D. Sherr,

                Plaintiff,

-against-

Board of Elections in the City of New York,

                Defendant.

1:23-cv-08693 (JLR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than April 7, 2025, the parties shall file a joint letter regarding the status of mediation. (*See* 1/24/25 Order, ECF No. 135 (granting extension of mediation deadline until March 31, 2025).)

**SO ORDERED.**

Dated:    New York, New York
            April 1, 2025

_____
STEWART D. AARON
United States Magistrate Judge