**JacksonLewis**

**Jackson Lewis P.C.**
666 Third Avenue, 28th Floor
New York, New York 10017
(212) 545-4000 Main
jacksonlewis.com

Direct Dial:  (212) 545-4045
Email Address: ADAM.GROSS@JACKSONLEWIS.COM

April 7, 2025

<u>**VIA ECF**</u>

Honorable Stewart D. Aaron
United States District Court
Southern District Court of New York
500 Pearl Street
New York, New York 10007

Re:  Sherr. v. The Board of Elections in the City of New York
     <u>23-CV-8693 (JLR) (SDA)</u>

Dear Judge Aaron,

    We represent Defendant in the above-referenced case and write jointly with Plaintiff pursuant to Your Honor's Order on April 1, 2025 directing the Parties to advise the Court on the status of mediation. (DKT. 139). The Parties are scheduled to mediate before Brian Gallagher, Esq. on April 29, 2025.

    We thank the Court for its attention to this matter.

Respectfully Submitted,

JACKSON LEWIS P.C.

*/s Adam S. Gross*
Adam S. Gross, Esq.

4900-8076-7281, v. 1