UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brandon D. Sherr,

                Plaintiff,

-against-

Board of Elections in the City of New York,

                Defendant.

1:23-cv-08693 (JLR) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Tuesday, August 5, 2025, at 3:00 p.m. The parties shall be prepared to discuss the status of mediation as well as a proposed discovery schedule. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

Dated:    New York, New York
           July 22, 2025

_____
STEWART D. AARON
United States Magistrate Judge