UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Brandon D. Sherr,<br><br>       Plaintiff,<br><br>-against-<br><br>Board of Elections in the City of New York,<br><br>       Defendant. | 1:23-cv-08693 (JLR) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

  Following a telephone conference with the parties, it is hereby Ordered that, no later than August 19, 2025, the parties shall file a joint letter setting forth a proposed discovery schedule.

**SO ORDERED.**

Dated:  New York, New York
     August 5, 2025

                     _____
                     STEWART D. AARON
                     United States Magistrate Judge