# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue, 28th Floor
New York, New York 10017
(212) 545-4000 Main
jacksonlewis.com

Direct Dial: (212) 545-4045
Email Address: ADAM.GROSS@JACKSONLEWIS.COM

August 19, 2025

**VIA ECF**

Honorable Stewart D. Aaron
United States District Court
Southern District Court of New York
500 Pearl Street, Courtroom 11C
New York, New York 10007

          **Re:** **Sherr. v. The Board of Elections in the City of New York**
               **23-CV-8693 (JLR) (SDA)**

Dear Judge Aaron,

    We are counsel for Defendant in connection with the above-referenced action and write jointly with Plaintiff pursuant to Your Honor's Order on August 5, 2025 directing the Parties to file a proposed discovery schedule. (Dkt. 151).

    We thank the Court for its attention to this matter.

                                             Respectfully Submitted,

                                             JACKSON LEWIS P.C.

                                             */s Adam S. Gross*

                                             Adam S. Gross, Esq.

cc:    All counsel (via ECF)