LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

BRANDON D. SHERR
BSHERR@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

> Request GRANTED. The deadline for the Parties to file their *Cheeks* application is extended to **December 5, 2025**. The Parties should not expect future extensions.
>
> Date:   November 9, 2025
>         New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

November 6, 2025

*Via ECF*

Hon. Jennifer L. Rochon, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 PEARL ST
NEW YORK, NY  10007-1316

Re: *Sherr v. Board of Elections in the City of New York*, 23 CV 8693 (JLR) (SDA)

Dear Judge Rochon,

    The undersigned is counsel to the plaintiff and opt-in plaintiffs in the above-referenced matter. On September 5, 2025, the Court ordered the parties to submit their Cheeks application in support of approval of the parties' settlement agreement on or before October 20, 2025. Upon my application, the Court extended this date to November 7, 2025. I respectfully request, with consent of counsel for the defendants, an adjournment of the above date to December 5, 2025.

    The parties have been working diligently to finalize all necessary settlement documents and thank the Court for it's time and consideration. This is the second request for such relief.

Respectfully submitted,

*Justin Zeller*

Justin A. Zeller