**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| **Brandon D. Sherr, individually and on behalf of others similarly situated** |
| **Plaintiff,** |
| **-against-** |
| **Board of Elections in the City of New York,** |
| **Defendant.** |

**1:23-cv-08693 (JLR) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a settlement conference today, it is hereby ORDERED as follows:

1.      No later than February 25, 2026, Defendant shall file a letter to the ECF docket stating (a) whether approval has been received from the Comptroller's office for the allocation of the settlement payment between wages and liquidated damages (*see* ECF No. 164) that was proposed to the Court and, if not, (b) seeking a reasonable extension of time to obtain such approval.

2.      Within three days of receipt of approval from the Comptroller's office, (a) if the parties wish to voluntarily consent to the jurisdiction of the undersigned to conduct all further proceedings in this case, including the requisite *Cheeks* approval, the parties shall file an executed Consent form, available at: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf or, (b) if either party has not consented, the parties file a joint letter stating as much, without divulging which party declined to consent.

**SO ORDERED.**

Dated:       New York, New York
             February 11, 2026

_____
STEWART D. AARON
United States Magistrate Judge