LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

BRANDON D. SHERR
BSHERR@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

Application GRANTED.

SO ORDERED.
Dated: March 30, 2026

*Att cf an*

March 30, 2026

*Via ECF*

Hon. Stewart D. Aaron, United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 PEARL ST
NEW YORK, NY 10007-1316

Re: *Sherr v. Board of Elections in the City of New York*, 23 CV 8693 (JLR) (SDA)

Dear Judge Aaron,

The undersigned is counsel to the plaintiff in the above referenced matter. I kindly request, with consent of opposing counsel, an adjournment of the deadline to submit the motion to approve the settlement in this matter from March 31, 2026 to April 30, 2026. This is the second request for such relief.

I thank the Court for its time and consideration.

Respectfully submitted,

Justin A. Zeller

277 BROADWAY, SUITE 408, NEW YORK, N.Y. 10007-2036