LAW OFFICE OF

# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

BRANDON D. SHERR
BSHERR@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

March 29, 2026

*Via ECF*

Hon. Stewart D. Aaron, United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 PEARL ST
NEW YORK, NY 10007-1316

Application GRANTED. There shall be
no further extensions. SO ORDERED.
Dated: May 29, 2026

Re: *Sherr v. Board of Elections in the City of New York*, 23 CV 8693 (JLR) (SDA)

Dear Judge Aaron,

    The undersigned is counsel to the plaintiff in the above referenced matter. I kindly request, with consent of opposing counsel, an adjournment of the deadline to submit the motion to approve the settlement in this matter from March 30, 2026 to June 15, 2026.

    On May 21, 2026 the parties spoke at length concerning the settlement agreement, specifically regarding issues of tax treatment release language. On May 28, 2026, after consulting with their client, counsel for the defendants emailed plaintiff's counsel with suggested changes to the settlement agreement to address the plaintiff's concerns. The plaintiff is currently reviewing the settlement agreement.

    I thank the Court for its time and consideration.

Respectfully submitted,

Justin A. Zeller

277 BROADWAY, SUITE 408, NEW YORK, N.Y. 10007-2036