**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Brandon D. Sherr, individually and on behalf of others similarly situated**<br><br>                                          **Plaintiff,**<br><br>                    **-against-**<br><br>**Board of Elections in the City of New York,**<br><br>                                          **Defendant.** | **1:23-cv-08693 (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby ORDERED that the parties shall file their motion for settlement approval (*see* 3/3/26 Order, ECF No. 172) no later than July 20, 2026.

**SO ORDERED.**

Dated:        New York, New York
              June 17, 2026

_____
STEWART D. AARON
United States Magistrate Judge