LAW OFFICE OF
JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

BRANDON D. SHERR
BSHERR@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

Application GRANTED. SO ORDERED.
Dated: July 21, 2026

July 20, 2026

*Via ECF*

Hon. Stewart D. Aaron, United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 PEARL ST
NEW YORK, NY 10007-1316

Re: *Sherr v. Board of Elections in the City of New York*, 23 CV 8693 (JLR) (SDA)

Your Honor,

The undersigned is counsel to the plaintiff in the above-referenced matter. Plaintiff requests an extension of time to Friday, July 24, 2026, to submit the *Cheeks* motion due today in this matter. Defendant only consents to this request to the extent that Plaintiff's counsel provides Defendant with a draft of the Cheeks submission for Defendant's review by Wednesday July 22, 2026.

The parties have approved a final draft of the settlement agreement, and the Parties have executed the same. I thank the Court for its extreme patience in this matter.

Respectfully submitted,

Justin A. Zeller