UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brandon D. Sherr, individually and on behalf of others similarly situated

Plaintiff,

-against-

Board of Elections in the City of New York,

Defendant.

**1:23-cv-08693 (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ORDERED that, no later than August 3, 2026, Plaintiffs' counsel shall file a copy of the relevant contingency fee agreement(s). (*See* 7/24/26 Mem., ECF No. 190, at 5, 7.) If each opt-in Plaintiff executed the same agreement, counsel may file one representative agreement along with a declaration to that effect.

**SO ORDERED.**

Dated: New York, New York
July 29, 2026

STEWART D. AARON
United States Magistrate Judge